UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
FEBRUARY 3, 2026 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:26-cr-00017
   21 U.S.C. § 841(a)(1)

ENOUCH JAIRUS KERMUE

## I N D I C T M E N T

The Grand Jury Charges:

On or about November 20, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ENOUCH JAIRUS KERMUE knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

                    MOORE CAPITO
                    United States Attorney

By: _____
     JEREMY B. WOLFE
     Assistant United States Attorney